■ PHILIP R. STONE, Appellant, v EUGENE LANSING et al., Constituting the Zoning Board of Appeals of the Town of Dewitt, et al., Respondents.—Judgment unanimously affirmed without costs. Memorandum: Petitioner appeals from a judgment which confirmed the determination of the Zoning Board of Appeals. The determination granted a use variance to

permit use of a 6.1-acre parcel of vacant land located in a R-2 residential district as an office complex. There is substantial evidence in the record to support the Board's findings that the land in question cannot yield a reasonable return if used only for the residential purpose permitted by the current zoning *(see, Matter of Village Bd. v Jarrold,* 53 NY2d 254, 259-260), that the plight of the owner is due to the unique circumstance of the location of the parcel at the intersection of two primary roadways which precludes residential development *(see, Matter of Jayne Estates v Raynor,* 22 NY2d 417, 425) and that the proposed use will not alter the essential character of the locality *(see, Matter of Douglaston Civic Assn. v Klein,* 51 NY2d 963). Accordingly, since the determination of the responsible officials in the affected community has a rational basis, it is not arbitrary and is supported by the evidence, it must be affirmed *(see, Matter of Cowan v Kern,* 41 NY2d 591, 598-599; *Matter of Otto v Steinhilber,* 282 NY 71, 77-78; *Matter of Commco, Inc. v Amelkin,* 109 AD2d 794, *lv denied* 65 NY2d 606). (Appeal from judgment of Supreme Court, Onondaga County, Reagan, J.—art 78.) Present—Denman, J. P., Boomer, Green, Lawton and Davis, JJ.